**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000
(602) 445-8100

Michael T. Reynolds, Esq., SBN 016719
e-mail: reynoldsm@gtlaw.com
Keriann M. Atencio, SBN 020821
e-mail: atenciok@gtlaw.com
Attorneys for Citibank (West), FSB

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CAMELOT PROPERTY MANAGEMENT, LLC,<br><br>                        Debtor. | In Proceedings Under<br>Chapter 11<br><br>Case No. 03-21252-PHX-SSC<br><br>**AFFIDAVIT OF GREGG B. GARDNER IN SUPPORT OF OBJECTION TO DEBTOR'S REQUEST TO UTILIZE CASH COLLATERAL** |

STATE OF ARIZONA    )
                               ) ss.
COUNTY OF MARICOPA )

       GREGG B. GARDNER, being fist duly sworn upon oath, deposes sand states as follows:

       1.    I am a Senior Vice President of the Commercial Real Estate Division of Citibank (West), FSB, successor in interest to California Federal Bank, a Federal Savings Bank ("Citibank").

       2.    All of the facts stated herein are based upon my own personal knowledge and are derived from the business records of Citibank, which are kept in the ordinary court of Citibank's business.

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

3. On or about September 18, 2001, the Debtor executed a Promissory Note in favor of California Federal Bank ("CFB"), the predecessor in interest to Citibank in the original amount of Two Million Seven Hundred Thousand and 00/100ths Dollars ($2,700,000.00).

4. The Debtor also executed a Deed of Trust (the "Deed of Trust") on or about September 26, 2001, securing the Note by creating a first priority, properly perfected lien in, on and to, among other things, all interests of Camelot in the property located at 1601 West Camelback Road, Phoenix, Arizona 85015 (the "Property"). The Property, including improvements, rents, and personal property located thereon, constitutes Citibank's collateral.

5. Citibank is the current beneficiary and lender under the Deed of Trust by virtue of various transfers of all beneficial interest therein by the previous beneficiary.

6. The Debtor subsequently defaulted under the Note and Deed of Trust. Notice of the default was provided to the Debtor on or about October 21, 2003.

7. The Property has not been maintained by the Debtor and is in a state of disrepair.

8. The Debtor has deferred crucial maintenance on the property amounting to hundreds of thousands of dollars.

9. Citibank objects to the Debtor's use of the cash collateral rental income. The Debtor has defaulted under the terms of the Note by failing to make payments as they became due, and by failing to maintain the Property in good condition and repair, as required by the Deed of Trust.

10. The Debtor has failed in the past to use the rental income for necessary maintenance on its heating and air conditioning systems and on the interiors of the apartment units located on the Property.

1     11.    The Property currently stands in a dilapidated condition.

2     12.    The Debtor is, as of November 1, 2003, liable to Citibank in the total amount of $2,777,500.56. A significant portion of Citibank's collateral is constituted by rents generated from the Property.

13. The Debtor has utterly failed in its two page Motion to provide proof of adequate protection in favor of Citibank such that use of Citibank's cash collateral is appropriate.

FURTHER, AFFIANT SAYETH NOT.

DATED this 18th day of December, 2003.

By: _____
Gregg B. Gardner
Senior Vice President of the Commercial Real Estate
Division of Citibank (West), FSB

SWORN TO AND SUBSCRIBED before me this 18th day of December, 2003, by Gregg B. Gardner in his capacity as Senior Vice President of the Commercial Real Estate Division of Citibank (West), FSB.

_____
Notary Public

My commission expires:

OCT. 02, 2007

OFFICIAL SEAL
DORIS R.M. KARL
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Comm Expires Oct 2, 2007

phx-srv01\1428760v01\65645.010100

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000